CHARLIE BOOMER v. H. E. GRIFFIN AND THE HAVENS OIL COMPANY.

(Filed 12 September, 1923.)

APPEAL by defendant from *Connor, J.,* at May Term, 1923, of HYDE.

*Walter L. Spencer for plaintiff.*
*Wiley C. Rodman for the Havens Oil Company.*

PER CURIAM. We have examined the record carefully in this case, and find no sufficient reason to disturb the verdict and the judgment.
No error.

VIRGINIA-CAROLINA CHEMICAL COMPANY v. N. C. NEWBERN.

(Filed 12 September, 1923.)

APPEAL by plaintiff from *Connor, J.,* at April Term, 1923, of CURRITUCK.

*Thompson & Wilson and W. A. Worth for plaintiff.*
*Ehringhaus & Hall for defendant.*

PER CURIAM. We have examined the record carefully in this case, and find no sufficient reason to disturb the verdict and the judgment.
No error.

R. H. WHITFIELD v. NOAH COPPEDGE AND OTHERS.

(Filed 12 September, 1923.)

APPEAL by plaintiff from *Kerr, J.,* at April Term, 1923, of NASH.

*W. M. Person for plaintiff.*
*E. B. Grantham and Finch & Vaughan for defendants.*

PER CURIAM. We have examined the record carefully in this case, and find no sufficient reason to disturb the verdict and the judgment.
No error.